IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARK W. LENHART, III | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-212 |
| HUNTINGTON INSURANCE, INC., et al. | ) |
| Defendants. | ) |

## ORDER

**JOY FLOWERS CONTI**, Chief United States District Judge.

The present action was initially filed in the Court of Common Pleas of Allegheny County on January 28, 2016. On February 26, 2016 Defendants Huntington Insurance, Inc. and Huntington Bancshares Incorporated (collectively, "Huntington") removed the case to this Court. The case was referred to United States Magistrate Judge Robert C. Mitchell for pretrial proceedings in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1) and Local Rules of Court 72.C and 72.D.

On March 18, 2016 Huntington filed a Motion to Dismiss [ECF No. 7] with Brief in Support [ECF No. 8]. The Plaintiff filed a brief in opposition [ECF No. 14]. The Magistrate Judge's Report and Recommendation [ECF No. 15] dated June 8, 2016 recommended that Huntington's motion be granted in full. Service of the Report and Recommendation was made on all parties, who were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule of Court 72.D.2 they had until June 22, 2016 to file any written objections. No objections have been filed.

After a *de novo* review of the pleadings and briefs submitted in support and in opposition to the motion to dismiss together with the Report and Recommendation, the following Order is entered:

AND NOW, this 28th day of June, 2016, Defendants Huntington Insurance, Inc. and Huntington Bancshares Incorporated's Motion to Dismiss [ECF No. 7] is GRANTED and this case is hereby DISMISSED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

IT IS FURTHER ORDERED that the Clerk of Courts is directed to mark this case as CLOSED.

By the Court,

/s/ Joy Flowers Conti
   The Honorable Joy F. Conti
    Chief United States District Judge

cc:    The Honorable Robert C. Mitchell
        record counsel